**FILED**

JUN 1 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **17 CR 399** |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| JAVONTE N. STOKES | JUDGE LEFKOW |

MAGISTRATE JUDGE SCHENKIER

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

On or about March 17, 2017, at Calumet City, Illinois, in the Northern District of Illinois, Eastern Division and elsewhere,

JAVONTE N. STOKES,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Smith and Wesson, model SD9VE, 9 mm handgun bearing serial number FXL4449, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Allegation

The SPECIAL FEBRUARY 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith and Wesson, model SD9VE, 9 mm handgun bearing serial number FXL4449, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY